IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RONALD LEE BENNETT, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 05-247-TC |
| | ) | |
| v. | ) | FINDINGS AND RECOMMENDATION |
| | ) | |
| ALBERTO GONZALES, Attorney General, | ) | |
| United States Department of Justice; | ) | |
| CHARLES DANIELS, Superintendent, | ) | |
| FPC Sheridan; and the UNITED STATES | ) | |
| BUREAU OF PRISONS, | ) | |
| | ) | |
| Respondents. | ) | |

COFFIN, Magistrate Judge.

Presently before the court is the petition for habeas corpus relief (#1), in which he seeks an immediate transfer from FPC Sheridan to home confinement or halfway house placement.[1]

---

[1] In his petition, petitioner has named as respondents the Attorney General of the United States, the Superintendent of FPC Sheridan, and the Bureau of Prisons. However, pursuant to 28 U.S.C. § 2242, the only proper respondent is the person who has custody over petitioner, in this case

1 - FINDINGS AND RECOMMENDATION

However, the relief available to him - i.e., consideration of the appropriateness of such placement (see, e.g., Cook v. Gonzales, 2005 WL 773956 (D. Or. April 5, 2005); Wiederhorn v. Gonzales, 2005 WL 1113833 (D. Or. May 9, 2005) - has already been granted, and petitioner is scheduled for transfer to a halfway house on June 17, 2005. As such, the petition should be denied as moot.

DATED this **16** day of June, 2005.

Thomas M. Coffin
United States Magistrate Judge

---

Charles Daniels, the FPC Sheridan Superintendent. Therefore, respondents Gonzales and the Bureau of Prisons should be dismissed from this action.

2 - FINDINGS AND RECOMMENDATION